IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00148-CR

 

Kyle Robert Witty,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the County Court at Law No.
1

Johnson County, Texas

Trial Court No. M200703101

 



MEMORANDUM  Opinion



 








            The Clerk of this Court notified the
appellant that the clerk’s record was overdue in this cause and that the appeal
may be dismissed for want of prosecution if the appellant did not make the
necessary arrangements for the filing of the clerk’s record.[1] 
See Tex. R. App. P. 37.3(b),
44.3.  The Court has received no response.  Accordingly, the appeal is
dismissed for want of prosecution.  Id.

                                                                                    PER
CURIAM

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed August 27, 2008

Do
not publish

[CR25]









[1]
              According to the docketing
statement, the appellant is represented by retained counsel and did not file an
indigence affidavit with the trial court.  Thus, there is no indication that he
is entitled to a free record.  See Tex.
R. App. P. 37.3(b).